UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM JAY REED,

Plaintiff,

v.

DEPUTY TUIPULOTU, et al.,

Defendants.

Case No. 25-cv-07252 BLF (PR)

**ORDER OF DISMISSAL**

On August 28, 2025, Plaintiff, proceeding *pro se*, filed a complaint pursuant to 42 U.S.C. § 1983, Dkt. No. 1, along with an application for leave to proceed *in forma pauperis* ("IFP"), Dkt. No. 2.  The same day, the Clerk sent Plaintiff a notice the application was insufficient because he failed to submit the following: (1) a Certificate of Funds in Prisoner's account completed and signed by an authorized officer at the facility; and (2) a copy of his prisoner trust account statement showing transactions for the last six months.  Dkt. No. 3-1.  Plaintiff was directed to correct this deficiency within twenty-eight days to avoid dismissal.  *Id.*  Plaintiff another IFP application which was again insufficient because it lacked a copy of his prisoner trust account statement.  Dkt. No. 6.  In the interest of justice, the Court granted Plaintiff a final twenty-eight days extension of time to do so.  Dkt. No. 9.  Plaintiff was advised that failure to respond in the time provided would result

in the action being dismissed without prejudice and without further notice to Plaintiff.  *Id.* at 2.

The deadline to file the trust account statement to complete his IFP application has passed, and Plaintiff has failed to respond.  *Id.*  Accordingly, this action is **DISMISSED** without prejudice for failure to pay the filing fee.

The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated:   November 7, 2025

BETH LABSON FREEMAN
United States District Judge

Order of Dismissal
P:\PRO-SE\BLF\CR.25\07252Reed_dism-ifp.docx